**Jerome Allen BARGO, Plaintiff–Appellant,**

**v.**

**Roy HOBBS, Director, Arkansas Department of Correction; Larry May, Chief Deputy Director, Arkansas Department of Correction; Wendy Kelley, Assistant Director, Arkansas Department of Correction; Dina Tyler, Assistant Director, Arkansas Department of Correction; Randy Watson, Warden, Varner Unit, ADC; John Doe, Unknown Employees, Arkansas Department of Correction and or Arkansas Board of Corrections, Defendants–Appellees.**

---

1. The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas.

No. 14–2640.

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 29, 2015.

Filed: Feb. 6, 2015.

Jerome Allen Bargo, Grady, AR, pro se.

Gary L. Sullivan, Attorney General's Office, Little Rock, AR, for Defendants–Appellees.

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

PER CURIAM.

Arkansas inmate Jerome Bargo appeals the district court's[1] adverse grant of summary judgment on his 42 U.S.C. § 1983 claims. Upon consideration of Bargo's arguments and de novo review of the record, we conclude that summary judgment was properly granted. *See Mack v. Dillon,* 594 F.3d 620, 622 (8th Cir.2010) (per curiam) (standard of review). We also conclude that the district court did not abuse its discretion in denying leave to amend. *See Mountain Home Flight Serv., Inc. v. Baxter Cnty., Ark.,* 758 F.3d 1038, 1045 (8th Cir.2014) (standard of review). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas